UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| STEVE BODNAR, | ) |
| | ) |
| Petitioner, | ) |
| | ) No. 3:07 CV 475 |
| v. | ) |
| | ) |
| BILL WILSON, | ) |
| | ) |
| Respondent. | ) |

## OPINION AND ORDER

Steve Bodnar, a *pro se* prisoner, filed this habeas corpus petition to challenge his three-month telephone restriction and one-year placement in disciplinary segregation imposed on July 11, 2007 by the Pendleton Disciplinary Hearing Board (DHB) in case number ISR 07-07-0048. A prison disciplinary action can only be challenged in a habeas corpus proceeding where it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). Losing telephone privileges and being placed in segregation did not lengthen the duration of Bodnar's confinement, therefore these claims are not actionable in a habeas corpus proceeding.

> If it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner.

SECTION 2254 HABEAS CORPUS RULE 4. Here, the petition does not present any basis for habeas corpus relief and therefore must be denied. For the foregoing reasons, this habeas corpus petition is **DENIED**. SO ORDERED.

ENTERED: October 24, 2007

/s James T. Moody
James T. Moody, Judge
United States District Court